VOL 4324 PG 80
Instr # 2018-10974
11/08/2018 12:22:24 PM
2 Pages
ATTEST: Stacy L Grant, Waldo Co Registry of Deeds

When recorded return to: RMG LS
Richmond Monroe Group
82 Jim Linegar LN
Branson West, MO, 65737
SPS #
Loan Number:
Servicing Number:

[Space Above This Line For Recording Data]

## ASSIGNMENT OF MORTGAGE

OPTION ONE MORTGAGE CORPORATION, A CALIFORNIA CORPORATION
holder of mortgage from
CARLETON O MITCHELL AND DEBRA M MITCHELL

to   Option One Mortgage Corporation, A California Corporation

dated December 10, 2003          recorded December 16, 2003          in the
Waldo                                    County Registry of Deeds, Maine, Book 2534, Page
Page: 63 Doc #: 16944, assign said mortgage and the note and claim secured thereby to   See Attached Exhibit "A"

WITNESS          hand and seal this   17th   day of December, 2003.

LEGAL DESCRIPTION AS DESCRIBED ON MORTGAGE REFERRED HEREIN

OPTION ONE MORTGAGE CORPORATION,
a California Corporation

Adrian Abelgas

Assistant Secretary

[Space Below This Line For Acknowledgment]

Commonwealth/State of California, County of _____ORANGE_____ }SS:
On   December 17, 2003                           before me, the undersigned, a Notary Public
in and for said State, personally appeared    Adrian Abelgas       , Assistant Secretary
Option One Mortgage Corporation, A California Corporation

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.   Witness my hand and official seal.
(Reserved for official seal)

DANA DENTON
Commission # 1437276
Notary Public - California
Orange County
My Comm. Expires Sep 2, 2007

Signature _____
Dana Denton
Name (typed or printed)
My commission expires: September 02, 2007

**EXHIBIT D**

Maine Assignment of Mortgage      Page 1 of 1       Ship 4/25/96    MEMS0011(06-14-94)

BK: 4324 PG: 80

**EXHIBIT A**

Assignee: Wells Fargo Bank, National Association as Trustee for SABR 2004-OP1 Mortgage Pass-Through Certificates, Series 2004-OP1
C/O Select Portfolio Servicing, Inc.
3217 S. Decker Lake Drive
Salt Lake City, UT 84119