CFNA Unique ID 
GT Loan Number

## ASSIGNMENT OF MORTGAGE

CONTACT GREEN TREE SERVICING LLC FOR THIS INSTRUMENT PO BOX 6172, RAPID CITY, SD, 57709-6172, TELEPHONE # 800-643-0202, WHICH IS RESPONSIBLE FOR RECEIVING PAYMENTS.
FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, CFNA RECEIVABLES (MD), INC. F/K/A CITIFINANCIAL, INC., A MARYLAND CORPORATION, WHOSE ADDRESS IS 300 ST. PAUL PLACE, LEGAL DEPARTMENT- 17TH FLOOR, BALTIMORE, MD, 21202, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF CVI LOAN GT TRUST I, WHOSE ADDRESS IS 7360 SOUTH KYRENE, T314, TEMPE, AZ 85283 (800)643-0202, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)..

Said Mortgage is dated 10/26/2005, made by CARLETON O. MITCHELL AND DEBRA M. MITCHELL to CITIFINANCIAL, INC. and recorded on 10/31/2005 in Volume 2847, Page 16, in the office of the Recorder of WALDO County, Maine. .

IN WITNESS WHEREOF, this assignment was executed on 10/25/2013 (MM/DD/YYYY).
CFNA RECEIVABLES (MD), INC. F/K/A CITIFINANCIAL, INC., A MARYLAND CORPORATION

By: _____
Jessica Sheetz
VICE PRESIDENT

All Authorized Signatories whose signatures appear above are employed by NTC and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA   COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on 10/25/2013 (MM/DD/YYYY), by Jessica Sheetz as VICE PRESIDENT for CFNA RECEIVABLES (MD), INC. F/K/A CITIFINANCIAL, INC., A MARYLAND CORPORATION, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Nicole Baldwin
Notary Public - State of FLORIDA
Commission expires: 08/05/2016

Nicole Baldwin
Notary Public State of Florida
My Commission # EE 222285
Expires August 5, 2016

Instrument Prepared By/Return To: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683
(800)346-9152

WALDO SS: RECEIVED
Nov 15, 2013
at 10:06A
ATTEST: Deloris Page
REGISTER OF DEEDS

EXHIBIT
E